**Marquis Aurbach Coffing**
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Susan E. Gillespie, Esq.
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com
sgillespie@maclaw.com
  Attorneys for Defendant Jonas Frey

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEVELS NETWORK, INC., a Delaware corporation; and AW BETEILIGUNGS GMBH, a limited liability company organized under the laws of Germany,<br><br>                              Plaintiffs,<br><br>    vs.<br><br>JONAS FREY, an individual,<br><br>                              Defendant. | Case Number:<br>2:21-CV-01796-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION [ECF NO. 8]**<br><br>**(Second Request)** |

Pursuant to LR IA 6-1 and 6-2, Plaintiffs Levels Network, Inc. and AW Beteiligungs GMBH (collectively "Plaintiffs"), by and through their counsel of record, Kevin Murphy, Esq. (phv) of Wuersch & Gering LLP, and Brian W. Boschee and James D. Boyle, of Holley Driggs and Defendant Jonas Frey, by and through his counsel of record, Brian R. Hardy, Esq., of Marquis Aurbach Coffing, hereby stipulate and agree to extend the briefing schedule for Plaintiffs' Motion for Preliminary Injunction [ECF No. 8], as set forth in the Court's Minute Order dated October 20, 2021 [ECF No. 18] and extended per the Stipulation and Order to Extend Briefing Schedule for Plaintiffs' Motion for Preliminary Injunction dated October 21, 2021 [ECF No. 21]. This Stipulation is being entered in good faith and not for purposes of delay. This is the parties second request for an extension to the briefing schedule.

1.      On September 29, 2021 Plaintiffs filed their Motion for Preliminary Injunction. ECF No. 8.

MAC:16738-001 4523371_1 10/28/2021 8:26 AM

2. On October 7, 2021 Defendant was served with the Complaint.

3. On October 20, 2021, the Court issued a minute order that ordered Defendant to respond to the Motion for Preliminary Injunction on or before October 21, 2021 and Plaintiffs' to file their reply on or before October 28, 2021. ECF No. 18.

4. On October 21, 2021, the parties stipulated to and the Court granted an extension to the briefing schedule set by the Court in order to continue with good faith discussions to reach a resolution of the issues raised in the Motion for Preliminary Injunction, and potentially in the case overall. ECF No. 21.

5. The parties agree to extend the briefing schedule a second time in order to continue with good faith discussions to reach a resolution of the issues raised in the Motion for Preliminary Injunction, and potentially in the case overall.

6. The parties further agree that, should the Motion for Preliminary Injunction not be resolved between the parties, the Defendant's response brief will then be due on or before November 2, 2021.

7. The parties further agree that, should the Motion for Preliminary Injunction not be resolved between the parties, Plaintiffs' reply will be due on or before November 9, 2021.

IT IS SO STIPULATED.

///
///
///

MAC:16738-001 4523371_1 10/28/2021 8:26 AM

Dated this 28th day of October, 2021

HOLLEY DRIGGS

By: __s/ James D. Boyle, Esq.___
James D. Boyle, Esq.
Brian W. Boschee, Esq.
400 South 4th Street 3rd Floor
Las Vegas, Nevada 89101

WUERSCH & GERING LLP

By: _s/ Kevin Murphy, Esq._____
Kevin Murphy, Esq. (phv)
WUERSCH & GERING LLP
100 Wall St. 10th Floor
New York, NY 10005
Attorneys for Plaintiffs AW Beteiligungs
& Levels Network, Inc.

Dated this 28th day of October, 2021

MARQUIS AURBACH COFFING

By: __s/ Brian R. Hardy, Esq.__
Brian R. Hardy, Esq.
Nevada Bar No. 10068
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendant Jonas Frey

**ORDER**

IT IS SO ORDERED this 31st day of ___October_____, 2021.



RICHARD E. BOULWARE, II
United States District Court

MAC:16738-001 4523371_1 10/28/2021 8:26 AM