**Marquis Aurbach Coffing**
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Susan E. Gillespie, Esq.
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com
sgillespie@maclaw.com
    Attorneys for Defendant Jonas Frey

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEVELS NETWORK, INC., a Delaware corporation; and AW BETEILIGUNGS GMBH, a limited liability company organized under the laws of Germany,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>JONAS FREY, an individual,<br><br>                    Defendant. | Case Number:<br>2:21-CV-01796-RFB-BNW<br><br>**STIPULATION AND ORDER TO SET BRIEFING SCHEDULE AND ALLOW A SUPPLEMENTAL BRIEFING ON THE PENDING MOTION FOR ENTRY OF PRELIMINARY INJUNCTIVE RELIEF PURSUANT TO FED. R. CIV. P. 65 AND LR IA 7-2 [ECF NO. 8]**<br><br>(First Request) |

Pursuant to LR IA 6-1 and 6-2 and LR II 7-2(g), Plaintiffs Levels Network, Inc. and AW Beteiligungs GMBH (collectively "Plaintiffs"), by and through their counsel of record, Kevin Murphy, Esq. (phv) of Wuersch & Gering LLP, and Brian W. Boschee and James D. Boyle, of Holley Driggs and Defendant Jonas Frey, by and through his counsel of record, Brian R. Hardy, Esq. and Susan E. Gillespie, Esq., of Marquis Aurbach Coffing, hereby stipulate and agree to allow for supplemental briefing in response to Plaintiffs' Reply in Support of Motion for Entry of Preliminary Injunctive Relief Pursuant to Fed. R. Civ. P. 65 and LR IA 7-2. [ECF No. 34] (the "Reply Brief"). This Stipulation is being entered in good faith and not for purposes of delay. This is the parties first request for additional briefing.

During the Parties' meet and confer teleconference on November 16, 2021, the Parties discussed the need, for the benefit and edification of the Court, to submit supplemental

MAC:16738-001 4543307_1 11/17/2021 3:03 PM

briefing on specific issues raised in the Reply Brief. Counsel for both Parties agree that such supplemental briefing will provide this Court with additional factual and legal context to said issues, and good cause therefore exists pursuant to LR II 7-2(g) for this Court to grant the Parties to submit supplemental briefing as set forth below.

1. On September 29, 2021, Plaintiffs filed their Motion for Preliminary Injunction. ECF No. 8.

2. On October 7, 2021, Defendant was served with the Complaint.

3. On October 20, 2021, the Court issued a minute order that ordered Defendant to respond to the Motion for Preliminary Injunction on or before October 21, 2021 and Plaintiffs to file their reply on or before October 28, 2021. ECF No. 18.

4. On October 21, 2021, the parties stipulated and the Court granted an extension to the briefing schedule set by the Court in order to continue with good faith discussions to reach a resolution of the issues raised in the Motion for Preliminary Injunction, and potentially in the case overall. ECF No. 21.

5. On October 28, 2021, the parties stipulated a second time and the Court again granted an extension to the briefing schedule set by the Court in order to continue with good faith discussions to reach a resolution of the issues raised in the Motion for Preliminary Injunction, and potentially in the case overall. ECF No. 24.

6. On November 2, 2021, Defendant filed his Opposition to Plaintiffs' Motion for Preliminary Injunction. ECF No. 32.

7. On November 9, 2021, Plaintiffs filed their Reply in Support of Plaintiffs' Motion for Preliminary Injunction ("Plaintiffs' Reply"). ECF No. 34.

8. On November 16, 2021, the parties held a meet and confer to discuss the arguments and new request for alternative relief in Plaintiffs' Reply. The parties agreed additional briefing was warranted based upon Plaintiffs' request for alternative relief in Plaintiffs' Reply.

MAC:16738-001 4543307_1 11/17/2021 3:03 PM

9. The parties hereby agree that Defendant may file a Supplemental Opposition in response to the newly raised alternative relief in Plaintiffs' Reply. Defendant's Supplemental Opposition will be due on or before November 29, 2021.

10. The parties hereby agree that Plaintiffs may file a Supplemental Reply in response to Defendant's Supplemental Opposition. Plaintiffs' Supplemental Reply will be due on or before December 10, 2021.

IT IS SO STIPULATED.

Dated this 17th day of November, 2021.

HOLLEY DRIGGS

By: *s/James D. Boyle*
    James D. Boyle, Esq.
    Nevada Bar No. 8384
    400 South 4th St., 3rd Floor
    Las Vegas, Nevada 89101
    Attorneys for Plaintiffs

WUERSCH & GERING LLP

By: *s/Kevin Murphy*
    Kevin Murphy, Esq. (phv)
    100 Wall St. 10th Floor
    New York, NY 10005
    Attorneys for Plaintiffs

Dated this 17th day of November, 2021.

MARQUIS AURBACH COFFING

By: *s/Brian R. Hardy*
    Brian R. Hardy, Esq.
    Nevada Bar No. 10068
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorneys for Defendant Jonas Frey

**ORDER**

IT IS SO ORDERED this 17th day of November, 2021.



RICHARD E. BOULWARE, II
United States District Court

Page 3 of 3

MAC:16738-001 4543307_1 11/17/2021 3:03 PM