BRIAN W. BOSCHEE, ESQ.
Nevada Bar No. 07612
Email: bboschee@nevadafirm.com
JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
Email: jboyle@nevadafirm.com
HOLLEY DRIGGS LTD.
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: (702) 791-0308

Kevin F. Murphy (Pro Hac Vice)
Claudio A. Guler (Pro Hac Vice)
WUERSCH & GERING LLP
100 Wall Street, 10th Floor
New York, New York 10005
Telephone: (212) 509-5050
Email: kevin.murphy@wg-law.com
    claudio.guler@wg-law.com

*Attorneys for Plaintiffs Levels Network, Inc. and AW Beteiligungs GmbH*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LEVELS NETWORK, INC., a Delaware corporation; and AW BETEILIGUNGS GMBH, a limited liability company organized under the laws of Germany,<br><br>*Plaintiffs,*<br><br>v.<br><br>JONAS FREY, an individual,<br><br>*Defendant.* | Case No: 2:21-CV-01796-RFB-BNW<br><br>**STIPULATION AND ORDER OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)** |

Pursuant to Fed. R. Civ. P. 41(a) and the terms of a Settlement Agreement, Plaintiffs Levels Network, Inc. and AW Beteiligungs GmbH (together, the "Plaintiffs"), by and through their undersigned counsel of record, and Defendant Jonas Frey ("Defendant"), by and through his undersigned counsel of record, hereby stipulate and agree to a dismissal of all claims and affirmative defenses made in this action, with prejudice.

///

///

- 1 -

Plaintiffs and Defendant are individually responsible for their and his own respective attorneys' fees and costs incurred in this action.

**IT IS SO AGREED AND STIPULATED:**

DATED this 9th day of January, 2023.                        Dated this 9th day of January, 2023.

**HOLLEY DRIGGS LTD.**                                       **MARQUIS AURBACH**


 */s/ James D. Boyle*                                         */s/ Harry L. Arnold*
BRIAN W. BOSCHEE, ESQ.                                       BRIAN R. HARDY, ESQ.
Nevada Bar No. 07612                                         Nevada Bar No. 10068
JAMES D. BOYLE, ESQ.                                         HARRY L. ARNOLD, ESQ.
Nevada Bar No. 08384                                         Nevada Bar No. 15866
300 South Fourth Street, Suite 1600                          10001 Park Run Drive
Las Vegas, Nevada 89101                                      Las Vegas, Nevada 89145

**WUERSCH & GERING, LLP**                                    *Attorneys for Defendant Jonas Frey*


 */s/ Claudio A. Guler*
KEVIN F. MURPHY, ESQ. (Admitted PHV)
CLAUDIO A. GULER, ESQ. (Admitted PHV)
100 Wall Street, 10th Floor
New York, NY 10005

*Attorneys for Plaintiffs Levels Network,
Inc. and AW Beteiligungs GmbH*


**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 10th day of January, 2023.

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that on the 9th day of January, 2023, I caused the document entitled **STIPULATION AND ORDER OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)**, to be served as follows:

| Attorneys of Record | Parties Represented | Method of Service |
|---|---|---|
| Brian R. Hardy, Esq.<br>Harry L. Arnold, Esq.<br>MARQUIS AURBACH<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145 | Defendant Jonas Frey | ☐ Personal Service<br>■ Email/E-File<br>☐ Fax Service<br>☐ Mail Service |

*/s/ Kathy MacElwain*
An employee of Holley Driggs Ltd.